UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HILLARY BRODY,

    Plaintiff,

v.

CULTURESOURCE,
COSTAFF H.R. SERVICES, INC., and
WILLIAM OMARI RUSH

    Defendant.

Case No. 20-cv-11663

Hon. George Caram Steeh

_____

| WEININGER LAW PLLC | MILLER, CANFIELD, PADDOCK |
|---|---|
| Daniel W. Weininger (P-75865) | AND STONE PLC |
| 17118 Adrian Rd. | MEGAN P. NORRIS (P39318) |
| Southfield, MI 48075-1948 | NHAN T. HO (P82793) |
| (248) 905-1640 | Attorneys for Defendant |
| weiningerlaw@gmail.com | 150 W Jefferson, Suite 2500 |
| | Detroit, Michigan 48226 |
| | (313) 963-6420 |
| | norris@millercanfield.com |
| | ho@millercanfield.com |

_____

**DEFENDANTS' EMERGENCY MOTION FOR ORDER
STRIKING EXHIBIT TO ANSWER TO COMPLAINT
<u>AND PERMITTING FILING OF UNREDACTED VERSION</u>**

    NOW COMES Defendants, CULTURESOURCE and William Omari Rush,

through their attorneys, Miller, Canfield, Paddock and Stone, move this Honorable

1

Court to strike *Answer and Affirmative Defenses for Defendants CultureSource and William Omari Rush* (ECF No. 7). In support of their motion, Defendants state:

1. Defendants filed *Answer and Affirmative Defenses for Defendants CultureSource and William Omari Rush* (ECF No. 7) ("Answer") on Friday, July 17, 2020, to which Exhibit 1 (ECF No. 7-1) was attached.

2. Defendants' counsel inadvertently filed the unreadacted version of Exhibit 1, which include Plaintiff's social security number.

3. Upon learning of her mistake, Defendants' counsel immediately attempted to contact to the Court's chamber and the court clerk to remediate her error, but was unable to do so because it was outside of business hours.

4. Defendants' counsel is apologetic to the Court and Plaintiff for her mistake.

5. Defendants ask the Court to enter an order striking the Answer (ECF No. 7), so that it is removed from the public record, and authorize the filing of the Answer with Plaintiff's social security number redacted. A copy of the redacted Answer has been filed with the Court (ECF No. 8).

6. Defendants have obtained concurrence from Plaintiff's counsel in this Motion.

Wherefore, Defendants request that this Court enter an emergency order (1) striking *Answer and Affirmative Defenses for Defendants CultureSource and William Omari Rush* (ECF No. 7) and direct it to be removed from the public record, and (2) permit the filing of the redacted copy *Answer and Affirmative Defenses for Defendants CultureSource and William Omari Rush* (ECF No. 8), which shall be deemed accepted as filed on July 17, 2020.

      Respectfully submitted,

      /s/Nhan Ho (P-82793)
      Miller, Canfield, Paddock and Stone, P.L.C.
      Attorneys for Defendant Wescast
      150 West Jefferson, Suite 2500
      Detroit, MI 48226
      (313) 963-6420
      norris@millercanfield.com

Dated: July 17, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

>/s/Nhan Ho
>Miller, Canfield, Paddock and Stone, P.L.C.
>*Attorneys for Defendant Wescast Industries, Inc.*
>150 West Jefferson, Suite 2500
>Detroit, Michigan 48226
>(313) 963-6420
>P-82793
>ho@millercanfield.com